**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RAYMOND GONZALEZ, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

ISLE OF PARADISE LLC.,
                Defendant.

Case No.  1:20-cv-03791-JMF

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Queens, New York
            August 27, 2020

                        Respectfully submitted,

                        *By: /s/ Mars Khaimov*
                        Mars Khaimov, Esq.
                        Mars Khaimov Law, PLLC
                        10826 64th Avenue, Second Floor
                        Forest Hills, New York 11375
                        marskhaimovlaw@gmail.com
                        *Attorneys for Plaintiff*