UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND GONZALEZ, on behalf of himself
and all others similarly situated,

               Plaintiffs,

-against-

ISLE OF PARADISE LLC.,
               Defendant.

Case No.  1:20-cv-03791-JMF
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Queens, New York
           August 27, 2020

SO ORDERED.

August 28, 2020

Respectfully submitted,

*By: /s/ Mars Khaimov*
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*